**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| CARISSA BOISVERT,<br><br>                    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendants. | Case No.: 8:24-cv-01570-MEMF-JDE<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

The Court having reviewed the Parties Stipulation and Proposed Protective Order and with good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation for Protective Order (Dkt. 29) is **GRANTED**

DATE: February 05, 2025

_____
JOHN D. EARLY
United States Magistrate Judge